No. 96–1793. CEDAR RAPIDS COMMUNITY SCHOOL DISTRICT *v.* GARRET F., A MINOR, BY HIS MOTHER AND NEXT FRIEND, CHARLENE F. C. A. 8th Cir. Certiorari granted.

No. 97–1536. ARIZONA DEPARTMENT OF REVENUE *v.* BLAZE CONSTRUCTION CO., INC. Ct. App. Ariz. Certiorari granted.

No. 97–475. EL AL ISRAEL AIRLINES, LTD. *v.* TSUI YUAN TSENG. C. A. 2d Cir. Motions of International Air Transport Association and Air Transport Association of America for leave to file briefs as *amici curiae* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 96–1963. MCKENNEY ET AL. *v.* WILLIAMS, DECEASED, BY WILLIAMS. C. A. 10th Cir. Certiorari denied.

No. 97–740. SCHWALBE ET AL. *v.* WALKER. C. A. 11th Cir. Certiorari denied.

No. 97–1145. CONNICK *v.* UNITED STATES, ON BEHALF OF THE ASSASSINATION RECORDS REVIEW BOARD. C. A. 5th Cir. Certiorari denied.

No. 97–1195. AEROSPACE CORP. *v.* CAMPBELL. C. A. 9th Cir. Certiorari denied.

No. 97–1248. CALLAWAY COUNTY AMBULANCE DISTRICT *v.* PEEPER. C. A. 8th Cir. Certiorari denied.

No. 97–1267. PROFESSIONAL PILOTS FEDERATION ET AL. *v.* FEDERAL AVIATION ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 97–1275. ALVORD *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–1280. KAWERAK REINDEER HERDERS ASSN. *v.* WILLIAMS ET AL. C. A. 9th Cir. Certiorari denied.